IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAUI LAND & PINEAPPLE COMPANY, INC., a Hawaii corporation; and KAPALUA LAND COMPANY, LTD., a Hawaii Corporation, | ) ) ) ) ) ) | CIVIL 07-00549DAE-BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DON EWING, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDING AND RECOMMENDATION

The Finding and Recommendation having been filed and served on all parties on February 21, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and

Due for Adoption: March 7, 2008

Recommendation that Plaintiffs' Motion for Default Judgment be Granted," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 7, 2008.



_____
David Alan Ezra
United States District Judge

Maui Land & Pineapple Company, Inc., et al. vs. Don Ewing, civil No. 07-00549 DAE-BMK; ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDAITON

Due for Adoption: March 7, 2008